1  NICOLA T. HANNA
   United States Attorney
2  THOMAS D. COKER
   Assistant United States Attorney
3  Chief, Tax Division
   JAMES C. HUGHES (Cal. Bar No. 263878)
4  Assistant United States Attorney
        Federal Building, Suite 7211
5       300 North Los Angeles Street
        Los Angeles, California 90012
6       Telephone: (213) 894-4961
        Facsimile: (213) 894-0115
7       E-mail: james.hughes2@usdoj.gov

8  Attorneys for Petitioner
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Petitioner,<br><br>          v.<br><br>SAM ZIMMERMAN,<br><br>      Respondent. | No. 2:18-cv-05994 PA(AFMx)<br><br>ORDER TO SHOW CAUSE |

    Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its prima facie case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons. See United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of

the IRS agent who issued the summons); accord, United States v. Gilleran, 992 F.2d 232, 233 (9th Cir. 1993).

THEREFORE, IT IS ORDERED that Respondent appear before United States District Court for the Central District of California in Courtroom No. 9A, located at the 1st Street Federal Courthouse, 350 West First Street, Los Angeles, California 90012, on October 1, 2018 at 11:00 a.m. and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summons should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served on or before August 1, 2018 upon Respondent by any employee of the Internal Revenue Service or by the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail. Petitioner shall file a proof of service on or before August 8, 2018.

IT IS FURTHER ORDERED that on or before September 3, 2018, Respondent shall file and serve a written response, supported by appropriate sworn declarations. Petitioner's reply, if any, shall be filed and served on or before September 7, 2018. If Respondent files a notice of non-opposition that Respondent does not oppose the relief sought in the Petition, and Respondent makes a mutually satisfactory arrangement with Petitioner for production of the testimony and documents called for by Internal Revenue Summons, no appearance shall be necessary, and Respondent shall be deemed to have complied with the requirements of this Order.

IT IS FURTHER ORDERED that all motions and issues raised by the pleadings will be considered on the return date of this Order. Only those issues raised by motion or brought into controversy by the responsive pleadings and supported by sworn declarations will be considered by the Court.

Dated: July 12, 2018

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

NICOLA T. HANNA
United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division

/s/
_____
JAMES C. HUGHES
Assistant United States Attorney

Attorneys for Petitioner
UNITED STATES OF AMERICA